No. 9636.

SCHWARM v. THE STATE.

SUPREME COURT.—Brief.—Where no brief has been filed by the appellant in the Supreme Court, the appeal will be dismissed.

From the Tippecanoe Circuit Court.

A. Parsons, for appellant.
D. P. Baldwin, Attorney General, for the State.

WORDEN, J.—The appellant has filed no brief in this cause. The appeal is therefore dismissed, at the costs of the appellant.